**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ALLEN, PAMELA | § | CASE NO. 04-40752-H4 13 |
| | § | |
| Debtor(s) | § | CHAPTER 13 |

**OBJECTION TO SECURED CLAIM**

The Debtor(s) object to the Secured Claim of Gardo Campbell Plantation Auto based on the Debtor(s) allegation that the value of the collateral is less than the amount of the holder's claim.  The Debtor(s) propose to pay the holder of the Secured Claim only the amounts set forth in the Debtor(s) Plan.

The Court will conduct a scheduling conference on this contested matter on the date set for the hearing on confirmation of the Debtor(s) Plan.  You must file a response to this objection, in writing, not less than 5 days (including weekends and holidays) before the hearing on confirmation of the plan or the valuation set forth in the plan may be adopted by the Court.  (Bankruptcy Code § 102(1)(B)).

Respectfully submitted,

KEELING LAW FIRM
 /s/ Kenneth A. Keeling
BY: Kenneth A. Keeling
TBN 11160500
Grant Tabor
TBN 24027905
2000 North Loop West, Suite 200
Houston, TX  77018
(713) 680-1447
(713) 680-8567 Fax

**CERTIFICATE OF SERVICE**

I certify that on August 17, 2004, a true and correct copy of this Objection to Secured Claim was served by regular U.S. Mail, postage prepaid on the Debtor, U.S. Trustee, Chapter 13 Trustee and all creditors as specified on the attached Service List.

| | | | |
|---|---|---|---|
| *PAMELA ALLEN* | *US TRUSTEE* | *DAVID PEAKE* | *GARDO CAPBELL* |
| *6106 E. STEPHEN F. AUSTIN* | *515 RUSK #3516* | *9660 HILLCROFT # 430* | *PLANTATION AUTO* |
| *FREEPORT, TX 77541* | *HOUSTON TX  77002* | *HOUSTON TX  77096* | *134 W. PLANTATION* |
| | | | *CLUTE, TX 77531* |

_____Kenneth A. Keeling__
Kenneth A. Keeling